FILED

05/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0203

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0203

STATE OF MONTANA,

       Plaintiff and Appellee,

  v.

DION CURTIS GRAY,

       Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including June 18, 2024, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 8 2024